NO. 07-04-0402-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 4, 2005

_____

ELIZABETH A. FIDDLER AND BARRY FIDDLER, APPELLANTS

V.

JAMES D. JACKSON, JR. MD.; ADVANCED SURGERY
GROUP, P.L.L.C.; PALESTINE PRINCIPAL HEALTHCARE
LIMITED PARTNERSHIP D/B/A PALESTINE REGIONAL
MEDICAL CENTER; AND PALESTINE-PRINCIPAL G.P., INC., APPELLEES
_____

FROM THE 369TH DISTRICT COURT OF ANDERSON COUNTY;

NO. 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; HONORABLE DEBORAH OAKES EVANS, JUDGE
_____

Before QUINN and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On May 2, 2005, appellants filed an Unopposed Motion to Dismiss Appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. Tex. R. App. P. 42.1. All costs incurred are adjudged against the party incurring the same.

James T. Campbell
Justice